| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Marshall Broadcasting Group, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-5727805** |
| 4. | Debtor's address | **Principal place of business**<br><br>**8323 Southwest Freeway**<br>**Suite 433**<br>**Houston, TX 77074**<br>Number, Street, City, State & ZIP Code<br><br>**Harris**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://mbgroup.tv** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Marshall Broadcasting Group, Inc.**_____   Case number (*if known*)_____
                 Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5151__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

| Debtor | Marshall Broadcasting Group, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Marshall Broadcasting Group, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 3, 2019**
MM / DD / YYYY

X **/s/ Pluria Marshall Jr.**          **Pluria Marshall Jr.**
Signature of authorized representative of debtor          Printed name

Title **C.E.O.**

**18. Signature of attorney**

X **/s/ Jason S. Brookner**          Date **December 3, 2019**
Signature of attorney for debtor          MM / DD / YYYY

**Jason S. Brookner**
Printed name

**Gray Reed & McGraw LLP**
Firm name

**1300 Post Oak Blvd., Suite 2000**
**Houston, TX 77056**
Number, Street, City, State & ZIP Code

Contact phone **(713) 986-7000**     Email address **jbrookner@grayreed.com**

**Texas  Bar No. 24033684**
Bar number and State

## MARSHALL BROADCASTING GROUP, INC.

### CERTIFICATE OF RESOLUTIONS

At a special meeting of the Board of Directors of Marshall Broadcasting Group, Inc., a Texas corporation, (the "Company") held on November 30, 2019, the following resolutions were consented to and duly adopted in accordance with the requirements of the Texas Business Organizations Code.

RESOLVED, that, in the good faith exercise of reasonable business judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  Counsel is authorized in its discretion, but not directed, to file such voluntary chapter 11 petition at the appropriate time;

RESOLVED, that Pluria Marshall Jr. ("Authorized Signatory"), be and hereby is authorized, empowered, and directed, to execute, file, or cause to be filed, deliver and verify any and all voluntary petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), to cause the same to be filed in a court of proper jurisdiction (the "Bankruptcy Court"), and to execute and file or cause to be filed with the Bankruptcy Court all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that he deems necessary or proper to obtain necessary relief;

RESOLVED, that the Authorized Signatory be, and hereby is, authorized and directed to retain the law firms of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as general bankruptcy counsel and Gray Reed & McGraw LLP ("Gray Reed") as local bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Signatory, with power of delegation, is hereby authorized and directed to execute appropriate agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of LNBYB and Gray Reed;

RESOLVED, that the Authorized Signatory be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its

4440187.1

duties under the Bankruptcy Code; and in connection therewith, the Authorized Signatory, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary;

RESOLVED, that the Authorized Signatory, and any employees or agents (including counsel) designated by or directed by the Authorized Signatory (each such designee being an "<u>Authorized Designee</u>" and collectively being the "<u>Authorized Designees</u>" and, together with the Authorized Signatory, the "<u>Authorized Persons</u>"), be, and each hereby is, authorized, empowered and directed, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

RESOLVED, that, in connection with the commencement of the Chapter 11 Case, the Authorized Signatory is authorized and directed to (a) borrow and/or receive funds from and undertake any and all related transactions contemplated thereby (collectively, the "<u>Financing Transactions</u>") and the Authorized Signatory be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, including without limitation, the debtor-in-possession financing agreement, with any party, including existing lenders and sureties, on such terms as may be approved by the Authorized Signatory as reasonably necessary for the continuing conduct of affairs of the Company and (b) pay related fees and grant security interests in and liens on some, all, or substantially all of the Company's assets, as may be deemed necessary by the Authorized Signatory, in connection with such borrowings;

RESOLVED, that, in connection with the commencement of the Chapter 11 Case, the Authorized Signatory is authorized and directed to seek approval of a cash collateral order in interim and final form ("<u>Cash Collateral Order</u>") and the Authorized Signatory be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Company's Chapter 11 Case, which agreement(s) may require the Company to grant liens to the Company's existing lenders;

RESOLVED, that in addition to the specific authorizations previously conferred upon the Authorized Signatory, the Authorized Signatory (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge and deliver any and all such agreements, certificates, instruments and other documents as may be necessary, advisable or desirable to fully carry out and accomplish the purposes of these Resolutions; and

RESOLVED, that any and all past actions heretofore taken by the Authorized Signatory in the name and on behalf of the Company in furtherance of any or all of the preceding Resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned, being the sole director of the Company, hereby certifies that the foregoing accurately reflects the resolutions adopted by the Board of Directors.

_____

Pluria Marshall Jr.

Chairman of the Board of Directors

Fill in this information to identify the case:

Debtor name: **Marshall Broadcasting Group, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 20th Century Fox TV Syndication<br>2121 Avenue of the Stars<br>31st Floor<br>Los Angeles, CA 90067 | James Rothbart<br><br>310-369-2298 | Trade | | | | $10,850.00 |
| A.S.C.A.P.<br>250 W 57th St<br>Licensing 14th Flr<br>New York, NY 10107 | 800-99-ASCAP | Trade | | | | $4,800.00 |
| American Tower LLC<br>10 Presdertial Way<br>Woburn, MA 01801 | 781-926-7899 | Trade | | | | $9,900.00 |
| B.M.I.<br>PO Box 637500<br>Cincinnati, OH 45263-7500 | 615-401-2951 | Trade | | | | $5,500.00 |
| Buena Vista Television<br>500 South Buena Vista St<br>Burbank, CA 56216-9327 | 915-580-0024 | Trade | | | | $4,333.00 |
| Crown Castle<br>2000 Corporation Dr<br>Canonburg, PA 15317 | 724-416-2000 | Trade | | | | $25,000.00 |
| Entertainment Studios<br>1925 Century Park East<br>Floor 10<br>Los Angeles, CA 90067 | Byron Allen<br><br>310-277-3500 | Trade | | | | $2,167.00 |

Debtor **Marshall Broadcasting Group, Inc.**           Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **FOX Broadcasting**<br>2121 Avenue of the Stars<br>31st Floor<br>Los Angeles, CA 90067 | **Susan Chalfant**<br><br>310-369-2170 | **Trade** | | | | $3,500.00 |
| **FOX First Run, LLC**<br>2121 Avenue of the Stars<br>31st Floor<br>Los Angeles, CA 90067 | **Patrcia Schned**<br><br>310-584-3342 | **Trade** | | | | $1,842.00 |
| **FOX News Network Edge**<br>1211 Ave of the Americas<br>2nd Floor<br>New York, NY 10036 | 212-301-3545 | **Trade** | | | | $6,000.00 |
| **Fremantle - Debmar Mercury**<br>2700 Colorado Ave<br>Santa Monica, CA 90404 | **Jim Kramer**<br><br>310-393-6000 | **Trade** | | | | $2,208.00 |
| **Green Mountain Energy**<br>PO Box 328<br>Houston, TX 77001 | **Accounts Payable**<br><br>866-280-3603 | **Utilities** | | | | $5,975.00 |
| **Katz Media Group**<br>125 West 55th St.<br>New York, NY 10019 | **Rich Raaf**<br><br>212-373-8285 | **Trade** | | | | $9,500.00 |
| **KSHV**<br>3150 North Market St<br>Shreveport, LA 71107 | 318-629-6000 | **Trade** | | | | $3,300.00 |
| **MidAmerican Energy Co.**<br>PO Box 8020<br>Davenport, IA 52808 | **Accounts Payable**<br><br>888-427-5632 | **Utilities** | | | | $6,350.00 |
| **Millenium Sales & Marketing Co.**<br>125 W. 55th St<br>New York, NY 10019-5366 | **Rich Raaf**<br><br>212-373-8285 | **Trade** | | | | $1,750.00 |
| **Mission Broadcasting Inc.**<br>901 Indiana Ave<br>Suite 375<br>Wichita Falls, TX 76301 | **Dennis Thatcher**<br><br>440-526-2227 | **Trade** | | | | $1,700.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Marshall Broadcasting Group, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nexstar Media Group Inc.**<br>**545 E. Carpenter Frwy 120**<br>**Irving, TX 75062** | **(972) 373-8800** | **SSA and JSA fees (net of offsets for amounts owed by Nexstar to Debtor)** | **Disputed Subject to Setoff** | | | $15,284,158.00 |
| **SESAC**<br>**PO Box 3058**<br>**Lafayette, LA 70502** | **866-218-5823** | **Trade** | | | | $2,500.00 |
| **Warner Bros**<br>**4000 Warner Blvd**<br>**The Triangle Bldg**<br>**Burbank, CA 91522** | **Rick Meril**<br><br>**516-801-2059** | **Trade** | | | | $23,177.00 |

# United States Bankruptcy Court
## Southern District of Texas

In re: **Marshall Broadcasting Group, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the C.E.O. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 3, 2019**

**/s/ Pluria Marshall Jr.**
**Pluria Marshall Jr./C.E.O.**
Signer/Title

20th Century Fox TV Syndication
2121 Avenue of the Stars
31st Floor
Los Angeles, CA 90067


A.S.C.A.P.
250 W 57th St
Licensing 14th Flr
New York, NY 10107


American Tower LLC
10 Presdertial Way
Woburn, MA 01801


B.M.I.
PO Box 637500
Cincinnati, OH 45263-7500


Bank of America, as Collateral Agent
222 Broadway, 14th Floor
MC NY3-222-14-03
New York, NY 10038


Buena Vista Television
500 South Buena Vista St
Burbank, CA 56216-9327


CBS Television Distribution
2450 Colorado Ave
Santa Monica, CA 90404


Corpo
POB 677458
Dallas, TX 75267-7458

```
Crown Castle
2000 Corporation Dr
Canonburg, PA 15317



Debmar Mercury LLC
2700 Colorado Ave
Santa Monica, CA 90404



Entertainment Studios
1925 Century Park East
Floor 10
Los Angeles, CA 90067



FOX Broadcasting
2121 Avenue of the Stars
31st Floor
Los Angeles, CA 90067



FOX First Run, LLC
2121 Avenue of the Stars
31st Floor
Los Angeles, CA 90067



FOX News Network Edge
1211 Ave of the Americas
2nd Floor
New York, NY 10036



Fremantle - Debmar Mercury
2700 Colorado Ave
Santa Monica, CA 90404



Green Mountain Energy
PO Box 328
Houston, TX 77001
```

```
Katz Media Group
125 West 55th St.
New York, NY 10019




KSHV
3150 North Market St
Shreveport, LA 71107




MidAmerican Energy Co.
PO Box 8020
Davenport, IA 52808




Millenium Sales & Marketing Co.
125 W. 55th St
New York, NY 10019-5366




Miller Kaplan Arase LLP
3510 N Market St
Shreveport, LA 71107-4005




Mission Broadcasting Inc.
901 Indiana Ave
Suite 375
Wichita Falls, TX 76301




Mission Broadcasting, Inc.
901 Indiana Ave., Suite 375
Wichita Falls, TX 76301-6719




National Association of Broadcasters
PO Box 418936
Boston, MA 02241
```

```
Nexstar Broadcasting Inc.
545 E. John Carpenter Freeway
Ste 700
Irving, TX 75039



Nexstar Media Group Inc.
545 E. Carpenter Frwy 120
Irving, TX 75062



Praxair Distribution Inc.
Dept CH 10660
Palatine, IL 60055-0660



SESAC
PO Box 3058
Lafayette, LA 70502



Universal City Studios
100 Universal City Plaza
Bldg 5511, 5th Floor
Universal City, CA 91608



Warner Bros
4000 Warner Blvd
The Triangle Bldg
Burbank, CA 91522
```

*Exhibit B-1 to Appendix 5005:* **If filing petition and all schedules/statements simultaneously**

## United States Bankruptcy Court
### Southern District of Texas

In re **Marshall Broadcasting Group, Inc.**
Debtor(s)

Case No.
Chapter **11**

# DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and ***I hereby declare under penalty of perjury*** that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■ I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: **December 3, 2019**   /s/ **Pluria Marshall Jr.**
**Pluria Marshall Jr.**, C.E.O.

**PART II: DECLARATION OF ATTORNEY:**

I declare ***under penalty of perjury*** that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: **December 3, 2019**   /s/ **Jason S. Brookner**
**Jason S. Brookner**, Attorney for Debtor
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
(713) 986-7000

**Adopted: December 1, 2004**