

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/28/2020

| | § | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| MARSHALL BROADCASTING GROUP, INC.,[1] | § § § | Case No. 19-36743 (DRJ) |
| Debtor. | § § § | |

**ORDER GRANTING DEBTOR'S UNOPPOSED
EMERGENCY MOTION FOR ORDER APPOINTING MEDIATOR**
(Relates to Docket No. 115)

Upon the Unopposed Emergency Motion for Order Appointing Mediator (the "Motion") filed by Marshall Broadcasting Group, Inc., the above-captioned debtor and debtor in possession (the "Debtor"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that the relief requested in the Motion is in the best interests of the Debtor and its estate; and it appearing that due and sufficient notice of the Motion has been provided by the Debtor and that no other or further notice is required; and after due deliberation and good cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.[2]

2. The requested mediation between Nexstar and the Debtor is approved. The Honorable Christopher M. López, U.S. Bankruptcy Judge for the Southern District of Texas, is hereby appointed and approved to serve as mediator for purposes of the Mediation.[**]

3. The terms and conditions of this Order are immediately effective and enforceable

---

[1] The last four digits of Debtor's federal tax identification number are (7805).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

upon its entry.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  January 27, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**\*\*** Judge Lopez is entitled to all protections and immunities afforded a sitting federal judge while undertaking the mediation contemplated above.